USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LARRY ANDERSON,

                Plaintiff,

         -v-

GM MOTORS & SHAREHOLDERS, et al.,

              Defendants.
------------------------------------------------------------------X

**ORDER**

21-CV-1006 (JMF) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court is in receipt of plaintiff's letter filed on April 5, 2021, in which plaintiff expressed a desire to have a lawyer represent him at the upcoming settlement conference. While plaintiff is welcome to get a lawyer, it is not required for the settlement conference as most of the conference will be spent with the Court speaking to each side privately. In any event, the settlement conference will proceed as scheduled.

Moreover, because the letter contains information about private settlement negotiations between the parties, it will be sealed by the Court.

    **SO ORDERED.**

Dated: April 7, 2021
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to:**

Larry A. Anderson
3006 North Priscilla Ave
Indianapolis, IN 46218