UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LARRY A. ANDERSON,                                                      :
:
                Plaintiff,                             :           21-CV-1006 (JMF)
:
        -v-                                                           :
:           ORDER WITHDRAWING
:           REFERENCE TO
GM MOTORS & SHAREHOLDERS, et al.,                                       :           MAGISTRATE JUDGE
:
                Defendants.                            :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On June 16, 2021, the Court referred New GM's motion to enforce the parties' purported settlement to Magistrate Judge Cott.  *See* ECF No. 61.  It is hereby ORDERED that the reference is WITHDRAWN.

        SO ORDERED.

Dated: August 17, 2021
       New York, New York
                                                         JESSE M. FURMAN
                                         United States District Judge